IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY OWEN SHERRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| PUBLIC STORAGE and EMILY HAYHOE (DISTRICT MANAGER), | ) | 3:23-CV-1956-G-BH |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), filed August 31, 2023 (docket entry 4), is **DENIED**. The case will be dismissed by separate judgment for failure to prosecute or follow orders of the court.

---

[*] No objections were filed.

**SO ORDERED**.

October 24, 2023.

_____
A. JOE FISH
Senior United States District Judge